**Order filed August 8, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00409-CV
_____

**CASSIE LANDRUM, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JEFFREY LANDRUM, Appellants**

**V.**

**GENERAL SHELTERS OF TEXAS, LTD., ROBERT C. HANCOCK, INDIVIDUALLY, DAWN HANCOCK, INDIVIDUALLY, AND ROBERT C. HANCOCK AND DAWN HANCOCK D/B/A THREE ACES MINI STORAGE, Appellees**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 18DCV0253**

---

## O R D E R

This is an appeal from a judgment signed January 22, 2019, which became final on order of severance signed February 11, 2019. Appellant timely filed a post-judgment motion. The notice of appeal was due May 13, 2019. *See* Tex. R. App. P.

26.1. Appellant, however, filed the notice of appeal on May 15, 2019, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3;10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM


2